

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NOS. 02-13-00270-CV
## 02-13-00271-CV

IN RE CRYSTAL MOORE                                              RELATOR

------------

## ORIGINAL PROCEEDING

------------

## ORDER
------------

The court has considered relator's petition for writ of habeas corpus and is of the tentative opinion that relator is entitled to the relief sought or that a serious question concerning the relief requires further consideration. Thus, relator shall be immediately discharged on execution and filing of a bond in the amount of $250.00 and to be approved by the Sheriff of Young County, Texas, pending a final determination of relator's petition for writ of habeas corpus and until otherwise ordered by this court.

The real party in interest shall file any response to relator's petition for writ of habeas corpus by **5:00 p.m. on Thursday, August 15, 2013**. The case will be submitted without oral argument. *See* Tex. R. App. P. 52.8(c).

FILE COPY

Any reply shall be filed by **5:00 p.m. on Tuesday, August 20, 2013**. However, the court may consider and decide the case before a reply is filed. Tex. R. App. P. 52.5.

The clerk of this court is directed to transmit a copy of the order to the attorneys of record, the trial court judge, and the trial court clerk.

DATED August 5, 2013.

PER CURIAM

PANEL:  DAUPHINOT, MCCOY, and MEIER, JJ.

FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NOS. 02-13-00270-CV**
**02-13-00271-CV**

IN RE CRYSTAL MOORE                                           RELATOR

-----------

ORIGINAL PROCEEDING

-----------

## ORDER OF DISCHARGE ON WRIT OF HABEAS CORPUS
-----------

**TO THE SHERIFF OF YOUNG COUNTY, TEXAS:**

Crystal Moore, relator, has petitioned the Court of Appeals for the Second District of Texas for a writ of habeas corpus, alleging that she is illegally restrained of her liberty by you in Young County, Texas by virtue of a writ of commitment from the 90th District Court of Young County, Texas.

On August 5, 2013, the Court of Appeals for the Second District of Texas filed relator's petition and ordered as follows:

> The court has considered relator's petition for writ of habeas corpus and is of the tentative opinion that relator is entitled to the relief sought or that a serious question concerning the relief requires further consideration. Thus, relator shall be immediately discharged on execution and filing of a bond in the amount of $250.00 and to be approved by the Sheriff of Young County, Texas, pending a final determination of relator's petition for writ of habeas corpus and until otherwise ordered by this court.

Therefore, you are commanded to immediately discharge relator if you take the bond of relator in the sum of $250.00 in the terms and conditions of law that she will abide by the decision of this court, which bond you will approve in your official capacity and forward to the clerk of this court.

Execute this order of discharge on writ of habeas corpus under the penalties prescribed by law.

ISSUED August 5, 2013.

ATTEST:_____
          BOB MCCOY
          JUSTICE

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Rose M. Stewart, Deputy Clerk

## RETURN

I waive formal service upon me of this order of discharge on writ of habeas corpus, and under the authorization and direction I have received from the Clerk of the Court of Appeals for the Second District of Texas, I have discharged Crystal Moore, relator, from my custody upon taking, approving, and transmitting to the clerk the bond prescribed in the order of discharge on writ of habeas corpus.

Executed and returned to the court on this _____ day of _____, 20___.

                                   _____
                                   Sheriff, Young County, Texas